*Friday, February 5, 1999*

## MOTION DOCKET

**98–749.   Kopich v. Kopich.**
Hamilton App. No. C–970175.  This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.  Upon consideration of the joint motion for continuance of oral argument currently scheduled for February 10, 1999,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that oral argument will be rescheduled for April 13, 1999, and no further continuances will be allowed.

**98–2549.   State ex rel. Lucas Cty. Bd. of Commrs. v. Ohio Environmental Protection Agency.**
In Mandamus.  This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the motion for leave to intervene of Envirosafe Services of Ohio, Inc.,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, granted.

## DISCIPLINARY DOCKET

**97–2647.   Cleveland Bar Assn. v. Shafran.**
On December 8, 1998, counsel for respondent filed a motion to withdraw as counsel.  Upon consideration thereof,

IT IS ORDERED by the court that the motion to withdraw as counsel be, and is, hereby, granted.

**98–1815.   Disciplinary Counsel v. Simakis.**
On September 2, 1998, movant, Disciplinary Counsel, filed an amended motion for order to appear and show cause.  On October 29, 1998, this court granted the motion to the extent that respondent was ordered to reply within twenty days why he should not be found in contempt for failure to comply with the court's suspension order.  Respondent did not respond and on January 5, 1999, this court ordered respondent to appear before this court on February 9, 1999.  On January 11, 1999, movant filed a motion to vacate the January 5, 1999 order of the court.  Upon consideration thereof,

IT IS ORDERED by the court that the motion to vacate the January 5, 1999 order be, and is, hereby, granted, and that the January 5, 1999 order of this court be, and is, hereby, vacated, and that respondent is not required to appear before this court on February 9, 1999.

COOK, J., dissents.

## MISCELLANEOUS DOCKET

**98–2266.   In re Judicial Campaign Complaint Against Hein.**

## BEFORE THE COMMISSION OF FIVE JUDGES
## APPOINTED BY
## THE SUPREME COURT OF OHIO

In re Judicial Campaign Complaint Against
Jonathan P. Hein

Case No. 98–2388

## STATEMENT OF COSTS
## AND INSTRUCTIONS REGARDING PAYMENT OF
## MONETARY SANCTIONS

The following is a statement of the costs incurred by the Commission of five judges appointed pursuant to Rule II, Section 5 of the Supreme Court Rules for the Government of the Judiciary of